# Madison County Unified Courts
## AFFIDAVIT OF PROBABLE CAUSE

**Dept:** MCSD  **Dept Case #:** 2020-22536  **Cause #:** 48C00--CM--  **Database ID:** 36041
**Name:** Glenn, Jacob S  **Arrest #:**
**Address:** 5 Morse Court  **City:** Cicero  **State:** IN  **Zip:** 46034
**Sex:** M  **Race:** White  **DOB:**   **Age:** 23  **Ht:** 6'-1"  **SSN:** ***-**-1302
**Wt:** 140  **Hair:** Blonde  **Eyes:** Blue  **Occupation:**  **Victim:** State of Indiana
**Drivers License:**  **DL State:**
**Veh. Year:**  **Make:**  **Model:**  **License Plate:**

**Charges:**
35-42-4-9(a)/F4 Sexual Misconduct with a Minor Def. has intercourse with or engages in other sexual

**Date of Offense:** 10/10/2020  **Time:** 5:00 PM  **Place:**
**Date of Arrest:** 10/19/2020  **Time:** 11:30 AM  **Place:** Madison County Sheriff's Dept

**Jail:** Yes
**Arresting Officer:** James Sundheimer  **Unit #:** 48-23
**Arresting Officer:**  **Unit #:**

**Victim Name:**
**Address:**  **City:**  **St:**  **Zip:**
**Sex:**  **DOB:**  **Phone1:**  **Phone2:**
**Relationship:** Engaged in sexual relationship

**Narrative:**

On October 10, 2020 J N made a report with the Madison County Sheriff's Department in reference to a relationship between his 14 year old daughter, , and a male who is believed to be 22 years old.  told him they had met on Snapchat and communicated before meeting several times. During some of those meetings they engaged in sexual intercourse.  said the males name was Jacob Glenn and she confirmed that through a picture N showed her from Glenn's Facebook page.

On October 16, 2020 I attended a forensic interview with  conducted at The Cherish Center in Noblesville. The interview was conducted by Cherish Center employee Courtney Bachus. The following is a summary of the interview.

 said she just turned 14 on  2020. She knew she was there to talk about a boy she had recently met. She said she met his through Snapchat sometime after her birthday. She said his name was Jacob Glenn and he told her he was 17 years old and went to school in Noblesville. She said she initially told him she was 16. She said they messaged each other for a few days before meeting in person for the first time. He picked her up from her mother's house in Westfield sometime after midnight and they drove around before going to a property that belonged to his uncle. She said they had sexual intercourse that night in his truck. He started touching her and she let it happen without saying anything. She said she was scared because she didn't know where she was. She said they went to the same property 3-4 other times and had sexual intercourse in a camper that belonged to his uncle. She said she would sometimes tell him no but would let it happen and sometimes she was non-verbal and would try to push him away. She said they had sex every time they were together.

said one night she told Jacob she was only 14 and he told her he was really 22.  She said they continued to see each other after that.  She said she had sex with him 3 times at her dad's house in Pendleton when nobody was home.  She said the last time it happened at her dad's house was last Saturday.  She said it happened one time at Jacob's house in Cicero.  She thought his parents were home but she never saw them.  She described those incidents the same as the prior ones.  She said she was scared because he was bigger and older.  She said she told him a few times she didn't want to have sex but did anyways.  She said it would stop when he was finished and he did not use a condom.

On October 19, 2020 I conducted a custodial interview with Jacob Glenn at the Sheriff's Department.  I read him Miranda Rights from a waiver form and signed the waiver agreeing he understood his rights and would answer questions.  The following is a summary of the interview.

Glenn said he met _____ about a month ago through Snapchat.  He said they messaged back and forth for a few days before meeting for the first time.  He said she told him the address to her mom's house in Westfield and he picked her up.  He said he would pick her up at her house in Westfield or her dad's house in Pendleton.  He said they only saw each other about 10 times.  The last time he was at her dad's house was about a week ago.

Glenn said _____ first told him she was 16 and he told her he was 17.  He initially denied having a sexual relationship with _____.  When confronted he admitted they did have a sexual relationship.  He said the first night he picked her up they went to his uncle's property and had sex in his truck.  He said they also had sex at the property in a camper that belonged to his uncle.  He said at one point they were truthful with each other about their ages and she told him she was only 14.  He said he continued seeing her and and sexual intercourse with her 3-4 times after that.  He said one of those times was in the bedroom at his house in Cicero.  He said they had sexual intercourse 2 times at her dad's house the last time was when he was last at her dad's house.  He said they had sex on the living room floor and ejaculated on her leg.  He said there were times _____ performed oral sex and on him and he performed oral sex on her.

On October 10, 2020 Jacob Scott Glenn committed Level 4 Felony Sexual Misconduct with a Minor when he being a person at least twenty-one (21) years of age he knowingly and intentionally performed or submitted to sexual intercourse or other sexual conduct with _____, a child less than sixteen (16) years of age.

I, James Sundheimer, swear/affirm under penalties for perjury that the foregoing representations are true.

DATE 10/19/2020                    AFFIANT *James R. Sundheimer* (signature)

                                   Probable Cause Found
DATE 10/20/2020 9:38 AM            MAGISTRATE *Jason Childers* (signature)


DATE ___/___/____                  JUDGE _____